**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Richard W. Putnam,                            )        No. CV-04-2615-PHX-DGC (LOA)
                                              )
        Petitioner,                          )        **ORDER**
                                              )
    v.                                      )
                                              )
Dora B. Schriro, Director of A.D.O.C; and)
Attorney General of the State of Arizona, )
                                              )
        Respondents.                         )
                                              )
                                              )
_____ )

        Pending before the Court are Petitioner Richard Putnam's petition for writ of habeas corpus and motion to rule on prior motion. Docs. ##1, 19. Also pending is United States Magistrate Judge Lawrence Anderson's report and recommendation ("R&R"). Doc. #20.

        The R&R recommends that the Court deny the petition because Petitioner's claims are procedurally barred and Petitioner has not demonstrated cause and prejudice or shown that a miscarriage of justice would result from upholding the procedural bar. *Id.* at 14-15. The R&R further recommends that the Court deny as moot the motion to rule on prior motion. *Id.* The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 15 (citing Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo

determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (same)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R.  *See* Fed. R. Civ. P. 72(b); *Reyna-Tapia*, 328 F.3d at 1121; *see also* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection.").  The Court has nonetheless reviewed the R&R and finds that it is well-taken.  The Court will accept the R&R and deny the petition and motion to rule on prior motion.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1.      Magistrate Judge Lawrence Anderson's R&R (Doc. #20) is **accepted**.

2.      Petitioner Richard Putnam's petition for writ of habeas corpus (Doc. #1) is **denied**.

3.      Petitioner's motion to rule on prior motion (Doc. #19) is **denied** as moot.

4.      The Clerk shall **terminate** this action.

DATED this 14th day of March, 2006.

_____
David G. Campbell
United States District Judge